Novak

FILED DEC 13 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Saturday Dec 2nd 2023

3:23cv841

To Anyone Who Can Help,

Malpractice by legal counsel has occurred Oct 6th 2023 by Brain Goodman in a bond motion in which counsel read off threatening text messages to a plaintiff.

At the request of my new counsel Anthony M. Nourse to obtain transcripts from bond motion I've hit deadends on multiple fronts.

Can you please send a copy of a legal malpractice Habeus Corpus so I can file myself and any additional information is welcomed.

Thank you,

John M. Plunkett

1B; jhvii 91

RECEIVED DEC -7 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA